**Dismiss and Opinion Filed August 3, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00707-CV**

**JAMES SMITH, Appellant**

**V.**

**DANIEL S. BISHOP AND SUSAN P. BISHOP, Appellees**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 109091-86**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Reichek

By motion filed July 28, 2023, appellant informs the Court the parties have settled their dispute and asks we dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion, deny as moot a pending motion to extend time to file notice of appeal, and dismiss the appeal with prejudice. *See id.*

/Amanda L. Reichek//
AMANDA L. REICHEK
JUSTICE

230707f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES SMITH, Appellant

No. 05-23-00707-CV     V.

DANIEL S. BISHOP AND SUSAN
P. BISHOP, Appellees

On Appeal from the 86th Judicial
District Court, Kaufman County,
Texas
Trial Court Cause No. 109091-86.
Opinion delivered by Justice
Reichek, Justices Partida-Kipness
and Miskel participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice.

Subject to any agreement among the parties, we **ORDER** that appellees Daniel S. Bishop and Susan P. Bishop recover their costs, if any, of this appeal from appellant James Smith.

Judgment entered this 3rd day of August 2023.